**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PAUL HIRNEISIN,

    Plaintiff,

                                                                           CASE NO. 8:18-cv-41-T-24TGW

v.

**CREMATION SERVICES OF MID-FLORIDA, INC.**,

    Defendant.

_____/

**PLAINTIFF'S *UNOPPOSED* MOTION TO APPEAR TELEPHONICALLY**
**FOR THE PARTIES' SETTLEMENT CONFERENCE**

Plaintiff, **PAUL HIRNEISEN** ("Plaintiff") by and through his undersigned counsel hereby submit this *Unopposed* Motion to conduct the parties' settlement conference via telephone, and in support thereof, Plaintiff states as follows:

1. Pursuant to this Court's Order (ECF No. 4), the parties are required to meet and confer in person in a good faith effort to resolve the instant lawsuit. As such, the parties are required to meet and confer no later than March 19, 2018.

2. Counsel for Plaintiff's office is located in Davie, Florida and Counsel for Defendant's office is located in Winter Haven, Florida.

3. Counsel for Plaintiff has been out of the office, conducting depositions, mediations and other scheduled litigation matters.

4. Additionally, Plaintiff will be seeking leave to amend the complaint to include Mr. Locke as an individual defendant. Furthermore, Defendant represented to this Court that Plaintiff was not employed by the Defendant, but, instead, was employed by J.L. Locke & Company

1

Cremation Services, Inc., however, according to Sunbiz, that company is inactive, and the last event, administrative dissolution for annual report, was filed September 27, 2013.

5.  Counsel for Plaintiff requests that the parties be able to conduct the settlement conference via telephone, because allowing the Parties to confer telephonically is cost-effective and will expedite the process of conducting the settlement conference.

6.  The Parties will tentatively schedule a telephonic conference, should the Court allow the Parties to attend telephonically.

7.  The requested motion will not prejudice any party in any way and is not filed for the purpose of delay.

8.  The Parties have exchanged all pay and time records and are currently in settlement negotiations and feel that a telephonic conference would be cost-effective during these early stages.

9.  In order to expedite a possible settlement as well as to avoid any unnecessary expenditure of resources, the Plaintiff request that the Court:

   a. allow the parties to conduct the settlement conference via telephone; and

   b. enter an order stating such compliance.

**MEMORANDUM OF LAW**

The undersigned counsels' request is consistent with Local Rule 3.01(i), which encourages, "whenever possible, particularly when counsel are located in different cities," the use of telephonic hearings and conferences. Plaintiff's lead counsel is located in Davie, Florida, and Defendant's counsel is located in Winter Haven, Florida. Rule 1 of the Federal Rules of Civil Procedure instructs for "the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. Because allowing the parties to confer telephonically is cost-effective and will expedite the process

of conducting the settlement conference, the instant motion is well-founded.

WHEREFORE, Plaintiff respectfully requests that this court permit the parties to conduct the settlement conference via telephone; and enter an order stating such compliance.

### **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.05(G)**

The undersigned certifies that he contacted Defendant's counsel regarding the foregoing, and is authorized to represent that Defendant does not object to the relief requested herein.

Dated this 7th day of March, 2018.

Respectfully Submitted,

*/s/ Noah E. Storch*
Noah E. Storch, Esq.
FL Bar No.: 0085476
RICHARD CELLER LEGAL, P.A.
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: 954-903-7475
Fax: 954-337-2771
E-mail: noah@floridaovertimelawyer.com

*Counsel for Plaintiff*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of March, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.